UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 03-139-TP-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRIDGETT CHAPPEL,
Reg. No. 03317-017

    Defendant.
_____/

## JUDGMENT AND COMMITMENT UPON REVOCATION OF OFFENDER UNDER SUPERVISION

    **THIS MATTER** came before the Court, at a Final Revocation Violation of Supervised Release Hearing. The defendant was re-sentenced by a United States District Judge, in the Middle District of Alabama on March 20, 1998, to a period of incarceration of 126 months followed by five (5) years of supervised release with special conditions. The following special condition was ordered by the Court: the defendant shall submit to a drug test when ordered to do so by the Probation Officer. If determined necessary by the Probation Officer, the defendant shall participate in a substance abuse treatment program as directed by the Probation Officer. A special assessment fee of $50.00 was also ordered.

    On November 21, 2005, the defendant's term of supervision was revoked, and defendant was committed to the custody of the Bureau of Prisons for a term of six(6) months, followed by two (2) years supervised release with the following special conditions: four (4) months Community Confinement Center; maintain full-time legitimate employment and not be unemployed for more than 30 days, unless excused by the Probation Officer and provide documentation including, but not limited to, pay stubs, contractual agreement, W-2 Wage and Earnings Statements, and other documentation requested by the U.S. Probation Officer.

    The Defendant having now been duly brought before this Court for a Final Revocation Violation of Supervised Release Hearing, held on March 7, 2008, upon the Petition For Warrant Or Summons For Offender Under Supervision signed by this Court on January 16, 2008, and it further appears that the Defendant violated her conditions of supervised release, and admits to the violations.

    1) By unlawfully possessing or using a controlled substance. On December 17, 2007, the defendant submitted a urine specimen which tested positive for the presence of Cocaine in a local laboratory; and subsequently confirmed positive by Kroll Laboratories Specialists.

2) By failing to submit to drug testing. On December 10, 2007, the defendant was instructed to submit to drug testing every Mondays and Thursdays beginning on December 13, 2007, and each Mondays and Thursdays thereafter until January 10, 2008. The defendant failed to submit to said testing on December 13, 2007, and January 3, 2008.

The Court has carefully considered the statements of all parties and the information contained in the violation report. The Court finds that the defendant has violated the terms and conditions of her supervised release and hereby revokes the period of supervised release. It is

**ORDERED AND ADJUDGED** that the defendant **Bridgett Chappel** is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of **Six (6) months.**

**DONE AND ORDERED** at Miami, Florida this 14 day of March, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Bandstra
All Counsel Of Record
Marie Saget, U.S. Probation Officer
U.S. Marshal (1 certified copy)
Financial Section